SANTE FUNARI, RESPONDENT, v. STANDARD SANITARY MANUFACTURING COMPANY, APPELLANT.

Submitted May 31, 1935—Decided October 9, 1935.

For the respondent, *Donald R. Bryant.*

For the appellant, *Wall, Haight, Carey & Hartpence.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Tren-chard, Parker, Bodine, Perskie, Van Buskirk, Hetfield, Dear, Wells, WolfsKeil, Rafferty, JJ. 12.

*For reversal*—None.